UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Zakem Rahmere Clinton** **Docket No. 2:19-CR-7-1FL**

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Zakem Rahmere Clinton, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on September 15, 2020, to the custody of the Bureau of Prisons for a term of 77 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Zakem Rahmere Clinton was released from custody on December 20, 2024, at which time the term of supervised release commenced.

On February 18, 2025, a Violation Report was submitted advising the court that on February 6, 2025, the defendant tested positive for marijuana use and admitted to consuming alcohol on weekends following his release from prison. Clinton was directed to continue participating in substance abuse treatment, and the Surprise Urinalysis Program (SUP), and was referred for virtual mental health treatment. The court agreed to continue supervision without modification. Note: The defendant completed substance abuse treatment on May 28, 2025.

On August 29, 2025, a Violation Report was submitted advising the court that on August 12, 2025, the defendant admitted to consuming marijuana four to five days prior to the instant urine screen. In response to the violation, the probation officer referred Clinton for a substance abuse reassessment and used cognitive intervention skills with him to assist him with managing life stressors and making better decisions. The court agreed to continue supervision without modification. Note: The defendant began his second period of substance abuse treatment on September 26, 2025.

On May 19, 2026, a Petition for Action was submitted to the court addressing *U.S. v. McLaurin* and advising that Clinton admitted to consuming alcohol on December 8, 2025, in violation of the alcohol abstinence condition. The court was informed that in response and upon supervisory staffing, the probation officer reinforced the defendant's participation in substance abuse and mental health treatment and increased testing for alcohol use. The court approved the Petition for Action on May 28, 2026. Note: Clinton completed his second period of substance abuse treatment on March 23, 2026, and completed mental health treatment on March 27, 2026.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 8, 2026, the defendant submitted to an instant urine screen which tested positive for marijuana use. The national laboratory confirmed the result on September 15, 2026. When confronted, Clinton admitted to using marijuana on September 7, 2026. He also provided a written statement regarding this drug use. Additionally, the defendant discussed with the probation officer the stressors he has been experiencing related to his finances and child visitation issues involving his first child.

Clinton remains enrolled in SUP, and the probation officer will assess the defendant's need for additional substance abuse treatment in consultation with the treatment provider. The probation officer will also refer Clinton back to the mental health treatment provider for an assessment/treatment. As an additional intervention measure, the probation officer would like to begin an individual cognitive behavioral intervention program with the defendant, utilizing Interactive Journaling, in an effort to address his decision-making and thinking errors. As such, it is respectfully recommended that Clinton's supervised release conditions be modified to include participation in a cognitive behavioral program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
Senior U.S. Probation Officer
Phone: 252-335-5508
Executed On: September 24, 2026

**ORDER OF THE COURT**

Considered and ordered this 1st day of October, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge